# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FORT DIVISION

JENNIFER R. MOORE                                                                  PLAINTIFF

v.                             CASE NO. 2:22-CV-2058

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                         DEFENDANT

### **ORDER**

The Court has received proposed findings and recommendations (Doc.14) from United States Magistrate Judge Barry A. Bryant. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this February 16, 2023.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE